United States Bankruptcy Court
Middle District of Pennsylvania

In re:            Case No. 16-04162-MJC
Christine I. Wysocki         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2
Date Rcvd: Nov 17, 2021     Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2021:**

**Recip ID        Recipient Name and Address**
         +   Commonwealth of Pennsylvania, Bureau of Comm Payroll Operations, PO Box 8006, 201 State Street, Harrisburg, PA 17105-8006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2021         Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, for Carrington Mortgage Loan Trust Et Al... bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Luzerne County Flood Protection Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Mary F Kennedy | on behalf of Creditor Carrington Mortgage Services mary@javardianlaw.com coleen@javardianlaw.com |
| Mary F Kennedy | on behalf of Creditor Deutsche Bank National Trust Company mary@javardianlaw.com coleen@javardianlaw.com |
| Paul W McElrath, Jr. | |

        on behalf of Debtor 1 Christine I. Wysocki ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Christine I. Wysocki,
    Debtor

Christine I. Wysocki,
S. S. No. xxx-xx-3775
    Movant

v.

Commonwealth of
Pennsylvania Bureau of
Comm Payroll Operations,
    Respondent

Case No. 5:16-bk-04162-MJC

Chapter 13

Related to Doc. No. 70

## ORDER TO STOP PAYROLL DEDUCTION

AND NOW, it is hereby ORDERED, ADJUDGED and DECREED that,

    Commonwealth of Pennsylvania
    Bureau of Comm Payroll Operations
    PO Box 8006
    201 State Street
    Harrisburg, PA 17105

Is hereby ordered to immediately terminate the attachment of the wages of Christine I. Wysocki social security number xxx-xx-3775. No future payments are to be sent to Jack N. Zaharopoulos, Trustee on behalf of Christine I. Wysocki.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated: November 16, 2021

By the Court,

_Mark J. Conway, Bankruptcy Judge_ (CN)

Case 5:16-bk-04162-MJC   Doc 72   Filed 11/19/21   Entered 11/20/21 00:23:02   Desc
Imaged Certificate of Notice   Page 3 of 3