# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    CHRISTINE I. WYSOCKI                      Case No.: 5-16-04162-MJC
                                                                                   Chapter 13

                 Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CARRINGTON MORTGAGE SERVICES LLC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | Charles St - PRE-ARREARS - 9311 |
| Property Address if applicable: | P.O. BOX 215, 300 S. MAIN STREET, WILKES BARRE, PA18703- |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $36,680.56 |
| b. | Prepetition arrearages paid by the Trustee: | $36,680.56 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $650.00 |
| f. | Postpetition arrearages paid by the Trustee: | $650.00 |
| g. | Total b, d, f: | $37,330.56 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 23, 2021  Respectfully submitted,

                                               s/ Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA 17036
                                               Phone: (717) 566-6097
                                               Fax: (717) 566-8313
                                               eMail: info@pamd13trustee.com

Creditor Name: CARRINGTON MORTGAGE SERVICES LLC
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1168311 | 06/13/2017 | $127.49 | $0.00 | $127.49 |
| 5200 | 1169857 | 07/06/2017 | $792.88 | $0.00 | $792.88 |
| 5200 | 1171233 | 08/10/2017 | $525.35 | $0.00 | $525.35 |
| 5200 | 1172782 | 09/19/2017 | $1,095.50 | $0.00 | $1095.50 |
| 5200 | 1174218 | 10/11/2017 | $660.23 | $0.00 | $660.23 |
| 5200 | 1175467 | 11/08/2017 | $656.26 | $0.00 | $656.26 |
| 5200 | 1176861 | 12/05/2017 | $656.26 | $0.00 | $656.26 |
| 5200 | 1178245 | 01/11/2018 | $656.26 | $0.00 | $656.26 |
| 5200 | 1179666 | 02/08/2018 | $388.55 | $0.00 | $388.55 |
| 5200 | 1181026 | 03/08/2018 | $923.96 | $0.00 | $923.96 |
| 5200 | 1182377 | 04/03/2018 | $656.27 | $0.00 | $656.27 |
| 5200 | 1185420 | 05/15/2018 | $959.85 | $0.00 | $959.85 |
| 5200 | 1186883 | 06/07/2018 | $697.14 | $0.00 | $697.14 |
| 5200 | 1188146 | 07/12/2018 | $773.78 | $0.00 | $773.78 |
| 5200 | 1189582 | 08/09/2018 | $656.26 | $0.00 | $656.26 |
| 5200 | 1190905 | 09/06/2018 | $656.26 | $0.00 | $656.26 |
| 5200 | 1192208 | 10/10/2018 | $1,118.24 | $0.00 | $1118.24 |
| 5200 | 1193587 | 11/08/2018 | $652.29 | $0.00 | $652.29 |
| 5200 | 1194948 | 12/13/2018 | $652.31 | $0.00 | $652.31 |
| 5200 | 1196396 | 01/10/2019 | $651.29 | $0.00 | $651.29 |
| 5200 | 1197646 | 02/07/2019 | $651.30 | $0.00 | $651.30 |
| 5200 | 1198752 | 03/12/2019 | $180.13 | $0.00 | $180.13 |
| 5200 | 1200096 | 04/11/2019 | $692.17 | $0.00 | $692.17 |
| 5200 | 1201456 | 05/09/2019 | $692.15 | $0.00 | $692.15 |
| 5200 | 1202766 | 06/06/2019 | $692.16 | $0.00 | $692.16 |
| 5200 | 1204120 | 07/11/2019 | $692.16 | $0.00 | $692.16 |
| 5200 | 1205528 | 08/07/2019 | $692.16 | $0.00 | $692.16 |
| 5200 | 1206905 | 09/26/2019 | $645.72 | $0.00 | $645.72 |
| 5200 | 1208326 | 10/10/2019 | $747.99 | $0.00 | $747.99 |
| 5200 | 1209312 | 11/07/2019 | $694.14 | $0.00 | $694.14 |
| 5200 | 1210603 | 12/12/2019 | $1,155.14 | $0.00 | $1155.14 |
| 5200 | 1212001 | 01/16/2020 | $200.03 | $0.00 | $200.03 |
| 5200 | 1213359 | 02/13/2020 | $685.10 | $0.00 | $685.10 |
| 5200 | 1214673 | 03/12/2020 | $685.10 | $0.00 | $685.10 |
| 5200 | 1215982 | 04/14/2020 | $685.09 | $0.00 | $685.09 |
| 5200 | 1217163 | 05/06/2020 | $652.50 | $0.00 | $652.50 |
| 5200 | 1218107 | 06/02/2020 | $312.21 | $0.00 | $312.21 |
| 5200 | 1219098 | 07/07/2020 | $891.55 | $0.00 | $891.55 |
| 5200 | 1220172 | 08/12/2020 | $1,434.75 | $0.00 | $1434.75 |
| 5200 | 1221211 | 09/17/2020 | $240.03 | $0.00 | $240.03 |
| 5200 | 1222259 | 10/15/2020 | $868.84 | $0.00 | $868.84 |
| 5200 | 1223148 | 11/03/2020 | $881.42 | $0.00 | $881.42 |
| 5200 | 1223996 | 12/10/2020 | $1,453.62 | $0.00 | $1453.62 |
| 5200 | 1225799 | 01/19/2021 | $824.83 | $0.00 | $824.83 |
| 5200 | 1226808 | 02/17/2021 | $883.96 | $0.00 | $883.96 |
| 5200 | 1227820 | 03/17/2021 | $883.96 | $0.00 | $883.96 |
| 5200 | 1228848 | 04/15/2021 | $883.96 | $0.00 | $883.96 |
| 5200 | 2000209 | 05/18/2021 | $902.81 | $0.00 | $902.81 |
| 5200 | 2001235 | 06/16/2021 | $883.97 | $0.00 | $883.97 |
| 5200 | 2002212 | 07/14/2021 | $921.68 | $0.00 | $921.68 |
| 5200 | 2003238 | 08/18/2021 | $13.50 | $0.00 | $13.50 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRISTINE I. WYSOCKI  Case No.: 5-16-04162-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 23, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| PAUL W McELRATH, JR, ESQUIRE<br>McELRATH LEGAL HOLDINGS, LLC<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH PA, 15210- | SERVED ELECTRONICALLY |
| CARRINGTON MORTGAGE<br>1600 SOUTH DOUGLASS ROAD<br>ANAHEIM, CA, 92806 | SERVED BY 1ST CLASS MAIL |
| CHRISTINE I. WYSOCKI<br>P.O. BOX 215<br>300 S. MAIN STREET<br>WILKES BARRE, PA 18703- | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 23, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com