United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 16-04162-MJC
Christine I. Wysocki  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 13, 2021     Form ID: 3180W     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine I. Wysocki, PO Box 215, 300 S. Main St., Wilkes Barre, PA 18703-0215 |
| 4880817 | + | BCD, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 4885913 | + | Deutsche Bank National Trust, Company, as Trustee c/o, Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 4842004 | + | Dominik P. Pannunzio, Esq., 294 Main Street, Dupont, PA 18641-1960 |
| 4842005 | + | Duetsche Bank National Trust Co., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 4842006 | + | Law Office Of Gregory Javardian, 1310 Industrial Blvd # 101, Southampton, PA 18966-4030 |
| 4900303 | + | Luzerne County Flood Protection Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 4842007 | + | Luzerne County Tax Claim, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 4842009 | + | Mary F. Kennedy, Esquire, Attorney For Creditor, 1310 Industrial Boulevard 1st Floor, Southampton, PA 18966-4030 |
| 4842012 | + | Wilkes-Barre City Employees Federal, Credit Union, 40 East Market Street, City Hall, Wilkes Barre, PA 18711-0454 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4842002 | + | EDI: DIRECTV.COM | Dec 13 2021 23:38:00 | American InfSource LP as agent for, DIRECTV, LLC, 2230 E Imperial Highway, El Segundo, CA 90245-3502 |
| 4842003 | + | EDI: ACCE.COM | Dec 13 2021 23:38:00 | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 4854781 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 13 2021 18:33:00 | Carrington Mortgage Services, 1600 South Douglass RD, Anaheim, CA 92806-5951 |
| 4854782 | + | EDI: CITICORP.COM | Dec 13 2021 23:38:00 | Citibank, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 4854783 | + | EDI: DIRECTV.COM | Dec 13 2021 23:38:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 4854784 | + | EDI: DISCOVER.COM | Dec 13 2021 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4842008 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2021 18:36:08 | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4845526 | + | EDI: RECOVERYCORP.COM | Dec 13 2021 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4842010 | | EDI: Q3G.COM | Dec 13 2021 23:38:00 | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 4842011 | | EDI: AISSPRINT | Dec 13 2021 23:38:00 | Sprint Nextel, Bankruptcy Department, P.O. Box 7949, Overland Park, KS 66207-0949 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Luzerne County Flood Protection Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4854779 | *+ | American InfSource LP as agent for, DIRECTV, LLC, 2230 E Imperial Highway, El Segundo, CA 90245-3502 |
| 4854780 | *+ | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 4854785 | *+ | Dominik P. Pannunzio, Esq., 294 Main Street, Dupont, PA 18641-1960 |
| 4854786 | *+ | Duetsche Bank National Trust Co., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 4854789 | * | LVNV Funding, P.O. Box 10587, Greenville, SC 29603-0587 |
| 4854787 | *+ | Law Office Of Gregory Javardian, 1310 Industrial Blvd # 101, Southampton, PA 18966-4030 |
| 4854788 | *+ | Luzerne County Tax Claim, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 4854790 | * | Quantum3 Group LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 4854791 | *P++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, Sprint Nextel, Bankruptcy Department, P.O. Box 7949, Overland Park, KS 66207-0949 |
| 4854792 | *+ | Wilkes-Barre City Employees Federal, Credit Union, 40 East Market Street, City Hall, Wilkes Barre, PA 18711-0454 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, for Carrington Mortgage Loan Trust Et Al... bkgroup@kmllawgroup.com |
| James Randolph Wood | on behalf of Creditor Luzerne County Flood Protection Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Mary F Kennedy | on behalf of Creditor Carrington Mortgage Services mary@javardianlaw.com coleen@javardianlaw.com |
| Mary F Kennedy | on behalf of Creditor Deutsche Bank National Trust Company mary@javardianlaw.com coleen@javardianlaw.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Christine I. Wysocki ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC1 ASSET BACKED PASS THROUGH CERTIFICATES bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christine I. Wysocki<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3775<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–04162–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christine I. Wysocki

**By the court:**

12/13/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**